No. 73–5741. OLDEN v. McCARTHY, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 73–5743. CARUSO v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 73–5749. ROSE v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–5765. TILLEY v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 73–247. HOLZMAN, TRUSTEE IN BANKRUPTCY v. L. H. J. ENTERPRISES, INC. C. A. 9th Cir. Motion of respondent to dispense with printing brief in opposition granted. Certiorari denied.

No. 73–421. VEED v. SCHWARTZKOPF ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–432. ESPOSITO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–561. DIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–571. GRAVITT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–681. WALLACE ET AL. v. KERN ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.